U.S. District Court of Middle Florida
Office of the Clerk: Hon Chief Judge
401 W. Central Blvd #1200 Orlando, Florida 32801
June 26, 2023

Andrew Suh
A petitioner

V.

Dept of Justice
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the law of the state for injury

FILED 2023 JUN 20 PM 2:00

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an owneship amount of damage is ~~$Ten millions dollars~~. I am injured to
Reduce to Five millions dollars for earlier, not now
Redress required, for plus Ten Thousand dollars every month living cost. Without Tax and citizenship papers. I want visit to Seoul Korea

a claim by Andrew Suh    a pro se required

The Final decision
if. more Than End of November, 2022
I will plus charge Fifty millions dollars charged.
- Consolidated -
For my age's Please pay In Full within Two Year for End of 2024. and a "merger"
a limitation
an estate
by cash
only one
10% now
Cash one Time
Pay Tax

Reason by no enhancement sentence
no discrimination.

an amended, a relief
a forthwith, an extend

Date: June 26, 2023

name: Andrew Suh
B72067
Address: 2600 N. Brinton Ave
Dixon, iL 61021

newly plus charge for Five millions dollars by pay Tax and one Time cash

A notice of appeal

U.S. District Court For the
~~Central~~ Middle District of ~~California~~ Florida
June 26, 2023

Andrew Suh
A Petitioner

A notice of appeal

V.

Dept of Justice
Respondent

Docket no.
2:21-CV-07564 GW-KS

a writ of certiorari
a use
an equitable ownership
an appropriated
an Immediately
a within Ten days
The last day For Filing
~~Double Cost~~
Continue. Primary
Facts. Parties, Condon

a covenant
a decision
a determination
a conclude
a no more
a case
an order
warranty
a deed
continuing
a Teaching

notice: a party: Andrew Suh

Date:

name: Andrew Suh
B72067
Address: 2600 N. Brinton Ave
Dixon, IL 61021

Date: June 26, 2023

at least Three-Fourth of, an End, Plus Twenty millions dollars again plus Twenty millions dollar a Rehearing, a Relief, a granted, an amended, an admitted, a conclude a petition For a writ of certiorari To a Review, a case, a Judgment, a Reviewed a good cause, a good Faith, June 16, 22 again notice; a Reversal, one, only o1 a Jurisdiction to supreme court, a decision, one consider, one final, if more than End of July, 2022 Than, plus charged double cost all of ... For Time To Time shall be vested, ordain, establish, courts. Congress, know:
I will conduct myself, I will support The Constitution of The United Sta
I believe That I am entitled To Redress,   Since: 1893-2022. D.O.B. 1940